**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY McGAULEY,<br><br>        Plaintiff,<br><br>   v.<br><br>MARGARET MIMMS, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01713-DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Anthony McGauley ("Plaintiff") is a former inmate at the Fresno County Jail proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on November 3, 2014.[1]

On March 20, 2015, the Court dismissed Plaintiff's complaint with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service. Over thirty (30) days have passed and Plaintiff has not filed an amended complaint.

Accordingly, Plaintiff is ORDERD TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff shall file a

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on December 22, 2014.

1

1 response to this order within thirty (30) days of the date of service.  Plaintiff may also comply with
2 this order by filing a signed amended complaint pursuant to the March 20, 2015, order.
3       <u>Failure to file a response will result in dismissal of this action.</u>

IT IS SO ORDERED.

   Dated:   **May 18, 2015**                   /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE